### Cole v. Stafford.

IN this cause the exoneration of bail, whose principal had been relieved under the insolvent law, was

opposed on the ground of the discharge not having been duly stamped according to the act then in force.

*Per Curiam.* We cannot go into it; the act makes the discharge conclusive except in cases of fraud; the matter was before the court below, and they were the proper judges whether every thing was regular or not.